UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-CR-00117 |
| | ) | |
| ROBERT GRAY | ) | Chief Judge Haynes |

## ORDER

It is hereby ORDERED that a plea hearing in this case is set for August 18, 2014 at 1:30 a.m./p.m.

_____
CHIEF JUDGE HAYNES