UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:14CR00117 |
| ) | Chief Judge William J. Haynes, Jr. |
| ROBERT GRAY ) | |

MOTION FOR AN ORDER OF FORFEITURE
CONSISTING OF A $148,250.34
UNITED STATES CURRENCY MONEY JUDGMENT

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves based upon the Court's acceptance of Defendant Robert Gray's plea of guilty to the Information in the above-styled case, for an Order of Forfeiture consisting of $148,250.34 United States currency Money Judgment against Defendant on the Information.

A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney


By: /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615 736-5151

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2014, a copy of the foregoing Motion for an Order of Forfeiture Consisting of a $148,250.34 Money Judgment was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was mailed by regular U.S. mail to:

James E. Felman
Kynes, Markman & Felman, P.A.
P O Box 3396
Tampa, FL 33601

Kimberly S. Hodde
Hodde & Associates
40 Music Square East
Nashville, TN 37203

/s DEBRA TEUFEL PHILLIPS
DEBRA TEUFEL PHILLIPS

2